IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARCUS MURRY                                                          PLAINTIFF

v.                              No. 4:12-cv-374-DPM

ARKANSAS CHILDREN'S HOSPITAL;
LORI BATCHELOR; and MARK WINSLOW
                                                                     DEFENDANTS

ORDER

The Court ordered Murry to provide proof of service on Batchelor and Winslow, Arkansas Children's Hospital employees, or show good cause for lack of service by 3 December 2012. *Document No. 12.* When Murry did not respond, the Court dismissed these individual defendants. *Document No. 13.* The Court vacates that Order, *Document No. 13*, and takes up Murry's response to the dismissals, which the Court reads as a motion for reconsideration. *Document No. 14.*

Murry says that the Hospital's legal department told him that it would forward copies to Batchelor and Winslow when he asked if they needed to be served individually. *Ibid.* Murry needs to submit more information so the Court can evaluate Murry's contention. To whom did he speak? How did he

contact the legal department? Is there any record of the contact? Murry must supplement the record, answering these questions by 31 December 2012. Arkansas Children's Hospital should also supplement the record with any information about this contact by 31 December 2012. Good cause may exist for reopening the service window.

    So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 December 2012