# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARCUS MURRY**                                                                                          **PLAINTIFF**

v.                                          No. 4:12-cv-374-DPM

**ARKANSAS CHILDREN'S HOSPITAL;**
**LORI BATCHELOR and MARK WINSLOW**                                **DEFENDANTS**

## ORDER

Murry asked the Court to reconsider dismissing his claims against Batchelor and Winslow for lack of service. *Document Nos. 13 & 14.* It has. *Document No. 15.* Murry says the hospital told him they would serve their employees. *Document Nos. 14 & 18.* The hospital says it has no record of this conversation with Murry. *Document No. 16.* Although these circumstances present a factual dispute about service, it is moot because, as Arkansas Children's Hospital correctly notes, individuals are not proper defendants in Title VII discrimination suits. *Lenhardt v. Basic Institute of Tech., Inc.*, 55 F.3d 377, 381 (8th Cir. 1995). Murry's claims against defendants Batchelor and Winslow are therefore dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
*United States District Judge*

8 January 2013