IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARCUS MURRY**                                                      **PLAINTIFF**

v.                                  No. 4:12-cv-374-DPM

**ARKANSAS CHILDREN'S HOSPITAL**                        **DEFENDANT**

### ORDER

The Court congratulates parties on their settlement. Joint motion to dismiss, № 23, granted.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2013