IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARCUS MURRY**  **PLAINTIFF**

v.  No. 4:12-cv-374-DPM

**ARKANSAS CHILDREN'S HOSPITAL**  **DEFENDANT**

JUDGMENT

The complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2013