IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARCUS MURRY                                                          PLAINTIFF

v.                              No. 4:12-cv-374-DPM

ARKANSAS CHILDREN'S HOSPITAL                              DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2013